**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| Bay Venture Elyria, LLC, | Case No. 1:12-cv-02866 |
| Plaintiff, | Judge Sara Lioi |
| v. | **FINAL JUDGMENT ENTRY** |
| Advanced Plastics Reclaiming, LLC, et al., | |
| Defendants. | |

Pursuant to this Court's December 13, 2013 Opinion (Doc. 37) granting Plaintiff's Motion for Partial Summary Judgment and Opinion (Doc. 48) granting Plaintiff's Motion for Postjudgment Interest, Attorney Fees, and Costs, the Court enters Final Judgment as follows:

1. Final judgment is entered in favor of Plaintiff Bay Venture Elyria, LLC and against Defendants Advance Plastics Reclaiming, LLC, Broadview Group, LLC, and Sephen Paspek, jointly and severally, for $2,255,705.33 on the balance of the Note, $457,126.31 in prejudgment interest incurred through January 24, 2014, plus accrued and unpaid prejudgment interest from January 25, 2014 until the date of entry of final judgment at the rate of 5.0% per annum.

2. Plaintiff is entitled to postjudgment interest at the statutory rate in 28 U.S.C. §1961.

3. Plaintiff's claims for attorney fees and costs are dismissed without prejudice.

4. This is a final appealable order.

_____
Judge Sara Lioi
U.S. District Judge

Dated: October 8, 2014